# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SHERMA JOHNSON,

      Plaintiff,

v.                                           Case No:   6:23-cv-1585-CEM-LHP

THE PRESERVES AT STONEBRIAR
HOMEOWNERS ASSOCIATION
INC. and DOES 1-10,

      Defendants

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   DEFENDANT'S RENEWED MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT (Doc. No. 45)
>
> **FILED:**     December 3, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Defendant has not timely supplemented the motion as required by Local Rule 3.01(g)(3).  *See* Local Rule 3.01(g)(3) (providing that if the opposing party is unavailable for a conference prior to filing a motion, the movant must diligently

attempt contact for three days, and upon contact or expiration of the three-day period, the movant must file a supplement to the motion, and that failure to supplement can result in the denial of a motion without prejudice).  Defendant may re-file the motion within **seven (7) days** of the date of this Order, in full compliance with the Local Rules.

**DONE** and **ORDERED** in Orlando, Florida on December 10, 2024.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties