# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SHERMA JOHNSON,

        Plaintiff,

v.                                                                                          Case No:   6:23-cv-1585-CEM-LHP

THE PRESERVES AT STONEBRIAR
HOMEOWNERS ASSOCIATION
INC., PRESERVES AT STONEBRIAR
HOMEOWNERS ASSOCIATION 1,
LLC, OLD COUNTRY ROAD HLD,
LLC, UNKNOWN TRUSTEE OF
BREVARD 22 CRM, TRUST,
UNKNOWN TRUSTEE OF PALM
BAY 32909 TRUST, SONIA
BOSINGER ESQ., GREGORY BRYL
ESQ., ERIC MORGAN ESQ., DEREK
CARILLO, ESQ., ROBIN L. ROSIER,
OLEG VASELOV, HORTON INC.,
FORESTAR (USA) REAL ESTATE,
UNITED STATES OF AMERICA ON
BEHALF OF THE SECRETARY OF
HOUSING AND URBAN
DEVELOPMENT, FREEDOM
MORTGAGE CORPORATION and
UNKNOWN TENANT IN
POSSESSION,

        Defendants

_____

**ORDER**

Before the Court is Plaintiff's Motion for Leave to File Third Amended Complaint. Doc. No. 63. Relatedly, Plaintiff has filed a Motion to Reissue Summons with regard to the Third Amended Complaint. Doc. No. 64. On review, both motions (Doc. Nos. 63, 64) are **DENIED without prejudice** for failure to comply with the conferral requirements of Local Rule 3.01(g). *See also Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir.), *cert. denied*, 493 U.S. 863 (1989) (a *pro se* litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure").

**DONE** and **ORDERED** in Orlando, Florida on August 15, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -